IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITH PUSEY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BECTON DICKINSON AND CO. | : | NO. 10-3344 |

ORDER

AND NOW, this 7th day of June, 2011, upon consideration of plaintiffs Judith and Donald Pusey's complaint (docket entry # 1), defendant Becton, Dickinson and Company's answer to complaint (docket entry # 16), defendant's motion for summary judgment (docket entry # 37), plaintiffs' response thereto and memorandum in support thereof (docket entries # 39 and 40), and defendant's reply in support of its motion for summary judgment (docket entry # 42), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

    1.   Defendant Becton, Dickinson and Company's motion for summary judgment (docket entry # 37) is GRANTED;

    2.   This case is DISMISSED WITH PREJUDICE; and

    3.   The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


\_\_\s\Stewart Dalzell